|  |  |
|---|---|
|  | **FILED** |
|  | February 6, 2012 |
|  | CLERK, US DISTRICT COURT |
|  | EASTERN DISTRICT OF |
|  | CALIFORNIA |
|  | DEPUTY CLERK |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                  )   CASE NUMBER: 1:12-mj-00006-GSA
        Plaintiff, )
v.                                         )   ORDER FOR RELEASE
                                                  )   OF PERSON IN CUSTODY
KEVIN EUGENE SPENCER, JR., )
        Defendant. )

TO:   UNITED STATES MARSHAL:

     This is to authorize and direct you to release <u>Kevin Eugene Spencer, Jr.</u>; Case <u>1:12-mj-00006-GSA</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        \_\_\_ Release on Personal Recognizance

        \_\_\_ Bail Posted in the Sum of _____

        _X_ Unsecured Appearance Bond in the amount of <u>$50,000.</u>

        \_\_\_ Appearance Bond with 10% Deposit

        \_\_\_ Appearance Bond secured by Real Property

        \_\_\_ Corporate Surety Bail Bond

        _X_ (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>2/6/12</u> at <u>2:30 pm</u>

By <u>/s/ Carolyn Delaney</u>
Carolyn K. Delaney
United States Magistrate Judge