**FILED**
February 6, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KEVIN EUGENE SPENCER, JR., ) <br> ) <br> Defendant. ) | CASE NUMBER: 1:12-mj-00006-GSA <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kevin Eugene Spencer, Jr.</u>; Case <u>1:12-mj-00006-GSA</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _\_\_   Release on Personal Recognizance

    _\_\_   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of <u>$50,000.</u>

    _\_\_   Appearance Bond with 10% Deposit

    _\_\_   Appearance Bond secured by Real Property

    _\_\_   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on 2/6/12 at 2:20 pm

By _/s/ Carolyn Delaney_
Carolyn K. Delaney
United States Magistrate Judge