1  Eric K. Fogderude, #070860
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone:(559) 431-9710
4  Facsimile: (559) 431-4108
   E-mail: efogderude1@yahoo.com
5
   Attorney for Defendant KEVIN EUGENE SPENCER, JR.
6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )       CASE NO. 12 CR 00038- AWI
                                  )
12          Plaintiff,            )       STIPULATION AND ORDER TO
                                  )       MODIFY ORDER SETTING
13 vs.                            )       CONDITIONS OF RELEASE
                                  )
14                                )
   KEVIN EUGENE SPENCER, JE.      )
15                                )
            Defendants.           )
16 _____)

17

18      Defendant, KEVIN EUGENE SPENCER JR., by and through his

19 attorney of record Eric K. Fogderude, and the United States of

20 America, by that through its attorney of record Karen Escobar

21 hereby stipulate that the Order Setting Conditions of Release for

22 Kevin Eugene Spencer, Jr., ordered by the Honorable Carolyn K.

23 Delany, U.S. Magistrate Judge of February 6, 2012, be modified to

24 add a condition to allow Kevin Eugene Spencer, Jr. to participate

25 in mental health counseling and pay for costs as approved by the

26 Pretrial Services Officer. Pretrial Services Officer, Dan Stark is

27 in agreement with the proposed modification.

28 ///

1    All other conditions of release previously ordered shall

2  remain in full force and effect.

3    Good cause exists for granting this modification.

4

5  DATED: March 21, 2012          FLETCHER & FOGDERUDE, Inc.

6
                                 /s/ Eric K. Fogderude
7                                ERIC K. FOGDERUDE
                                 Attorney for Defendant,
8                                KEVIN EUGENE SPENCER, JR.

9

10 Dated: March    , 2012         McGREGOR W. SCOTT
                                 United States Attorney
11
                                 /s/ Karen Escobar
12                               _____
                                 KAREN ESCOBAR
13                               Assistant US Attorney

14

15                           **ORDER**

16    GOOD CAUSE APPEARING, the previous Order Setting Conditions

17 of Release is modified to allow Defendant KEVIN EUGENE SPENCER,

18 JR. to participate in mental health counseling and pay for costs

19 as approved by Pretrial Services Officer.  All other terms and

20 conditions of release previously entered shall remain in full

21 force and effect.

22

23 IT IS SO ORDERED.

24
   Dated: _____March 26, 2012_____  _____
25                                CHIEF UNITED STATES DISTRICT JUDGE

26

27

28

---

U.S. vs. Spencer                    Stipulation/ Order
Case No. 12-00038-7            2