Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant KEVIN SPENCER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-CR-00038-07 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING, AND |
| vs. ) | ORDER THEREON |
| ) | |
| KEVIN SPENCER ) | |
| ) | DATE:    January 14, 2013 |
| ) | TIME:    10:00 a.m. |
| Defendant. ) | JUDGE:   Anthony W. Ishii |
| _____) | |

**STIPULATION**

   It is hereby stipulated by and between the parties hereto that the sentencing hearing in the above entitled matter now set for January 14, 2013, may be continued to April 29, 2013 at 10:00 a.m.

   The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

GOOD CAUSE EXISTS to allow for completion of trial of co-defendants.

DATED: January 3, 2013          FLETCHER & FOGDERUDE, Inc.

                                /s/ Eric K. Fogderude
                                ERIC K. FOGDERUDE
                                Attorney for Defendant,
                                KEVIN SPENCER

Dated: January 3, 2013          Benjamin B. Wagner
                                United States Attorney

                                    Karen Escobar
                                 /s/
                                KAREN ESCOBAR
                                Assistant US Attorney

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the Sentencing hearing be continued to April 29, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 4, 2013                    _____
                                            UNITED STATES DISTRICT JUDGE