BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>KEVIN EUGENE SPENCER, JR.,<br><br>                           Defendant, | CASE NO.  Cr  1:12-cr-00038 AWI-BAM<br><br>STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 29, 2013, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the sentencing hearing date to October 7, 2013, at 10 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The continuance is necessary to effectuate the terms of the plea agreement.

////

////

////

1

1  IT IS SO STIPULATED.

2  DATED:       March 27, 2013.            Respectfully submitted,

3                                          BENJAMIN B. WAGNER
                                           United States Attorney
4

5                                          /s/ Karen A. Escobar_____
                                           KAREN A. ESCOBAR
6                                          Assistant United States Attorney

7
   DATED:       March 27, 2013.
8

9                                          /s/ Eric Fogderude_____
                                           ERIC FOGDERUDE
10                                         Counsel for Defendant

11

12                                  **O R D E R**

13

14 IT IS SO ORDERED.

15 Dated:  March 28, 2013           _____

16                                          SENIOR  DISTRICT  JUDGE

2